NO. 07-07-0309-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 23, 2007

_____

TODD L. TREDEAU, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-GV-06-000341; HONORABLE SUZANNE COVINGTON, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Todd L. Tredeau's *Motion for Voluntary Dismissal* in which he represents he no longer wishes to pursue this appeal. Without passing on the merits of the case, Tredeau's motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Per Tredeau's request and as agreed to by the State of Texas in the

Certificate of Conference, costs are assessed against the party incurring them. Having dismissed the appeal at Tredeau's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice